William C. Kwong, State Bar No. 168010
Steve Ngo, State Bar No. 233317
MINAMI, LEW & TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108

Telephone:  (415) 788-9000
Facsimile:  (415) 398-3887

E-Mail:  williamk@mltsf.com
         steven@mltsf.com

Attorneys for Plaintiff
MARY GLEESON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARY GLEESON,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES REENTS, SWIFT TRANSPORTATION AND DOES 1 TO 20,<br><br>    Defendants. | Action No. 1:06-CV-00285-AWI-SMS<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY CUT-OFF DATE AND DEADLINE TO COMPLETE EXPERT DISCLOSURES**<br><br>Complaint Filed:  October 19, 2005 |

Plaintiff Mary Gleeson ("Plaintiff"), and Defendants Swift Transportation Co., Inc., and James Reents ("Defendants") hereby stipulate by and through their undersigned counsel of record to continue the following deadlines:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery cut-off | December 29, 2006 | March 2, 2007 |
| Expert disclosure | Jan. 10, 2007 | March 9, 2007 |
| Suppl. Expert Disclosure | Jan 31, 2007 | March 23, 2007 |

The remaining dates in the Court's June 6, 2006 Scheduling Conference Order will remain intact.

A continuance of the foregoing dates is necessary due to the nature and complexity of the injuries alleged by Plaintiff in this matter.  Moreover, additional time is necessary to investigate

PDF created with pdfFactory trial version www.pdffactory.com

the economic damages alleged by Plaintiff as she recently supplemented her initial disclosures to identify forty-seven (47) individuals (some of which reside outside of California) to support her claim for lost profits.

To further establish good cause for the requested relief, the parties hereto submit the declarations of William Kwong and Derek H. Lim.

DATED: October 4, 2006          BURNHAM BROWN

By   /s/   Derek H. Lim
   DEREK H. LIM
   Attorneys for Defendants
   SWIFT TRANSPORTATION CO., INC. AND
   JAMES REENTS

DATED: October 4, 2006          MINAMI LEW & TAMAKI LLP

By   /s/   William C. Kwong
   William C. Kwong
   Attorneys for Plaintiffs
   MARY GLEESON

2
STIPULATION AND ORDER TO CONTINUE DISCOVERY CUT-OFF DATE   ACTION N0. 1:06-CV-00285-
AND DEADLINE TO COMPLETE EXPERT DISCLOSURES                AWI-SMS

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Having reviewed the STIPULATION AND ORDER TO CONTINUE DISCOVERY CUT-OFF DATE AND DEADLINE TO COMPLETE EXPERT DISCLOSURES and the declarations of William Kwong and Derek H. Lim, and good cause appearing therefore, IT IS HEREBY ORDERED:

That the Discovery Cut-Off in this matter will now be March 2, 2007.  Expert Disclosures will take place on March 9, 2007, with Supplemental Expert Disclosures due on March 23, 2007.  The remaining dates identified in the Court's June 6, 2006 Scheduling Conference Order shall remain intact.

DATED:  10/06/2006              /s/ Sandra M. Snyder
                                SANDRA M. SNYDER
                                United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com