William C. Kwong, State Bar No. 168010
Steve Ngo, State Bar No. 233317
MINAMI, LEW & TAMAKI, LLP
360 Post Street, 8th Floor
San Francisco, CA 94108

Telephone:  (415) 788-9000
Facsimile:  (415) 398-3887

E-Mail:  williamk@mltsf.com
         steven@mltsf.com

Attorneys for Plaintiff
MARY GLEESON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| MARY GLEESON,<br><br>Plaintiff,<br><br>v.<br><br>JAMES REENTS, SWIFT TRANSPORTATION AND DOES 1 TO 20,<br><br>Defendants. | Action No. 1:06-CV-00285-AWI-SMS<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES AND TRIAL DATE**<br><br>Complaint Filed:  October 19, 2005 |

Plaintiff Mary Gleeson ("Plaintiff"), and Defendants Swift Transportation Co., Inc., and James Reents ("Defendants") hereby stipulate by and through their undersigned counsel of record to continue the following deadlines:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery cut-off | March 2, 2007 | June 15, 2007 |
| Expert Disclosure | March 9, 2007 | June 15, 2007 |
| Suppl. Expert Disclosure | March 23, 2007 | June 29, 2007 |
| Expert discovery cut-off | April 13, 2007 | July 13, 2007 |
| Non-Dispositive Motion | April 20, 2007 | July 19, 2007 |
| Dispositive Motion | April 27, 2007 | July 19, 2007 |
| Settlement Conference Date | April 19, 2007 | _____ |

1

STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES
AND TRIAL DATE

ACTION N0. 1:06-CV-00285-AWI-SMS

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Pre-Trial Conference Date | June 29, 2007 | _____ |
| Trial Date | August 14, 2007 | November 6, 2007 (proposed by the parties). |

Continuance of the foregoing dates is necessary due to: 1) the nature and complexity of the injuries alleged by Plaintiff in this matter, 2) unavoidable discovery complications which have recently arisen, and 3) the parties desire to mediate this matter (private mediation has been set for April 16, 2007).

DATED: January 12, 2007          BURNHAM BROWN

By  /s/   Derek H. Lim
   DEREK H. LIM
   Attorneys for Defendants
   SWIFT TRANSPORTATION CO., INC. AND
   JAMES REENTS

DATED: January 12, 2007          MINAMI LEW & TAMAKI LLP

By  /s/   William C. Kwong
   William C. Kwong
   Attorneys for Plaintiffs
   MARY GLEESON

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Having heard from both parties at the TELEPHONIC STATUS CONFERENCE held on January 10, 2007, having reviewed the STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES AND TRIAL DATE, IT IS HEREBY ORDERED that the following deadlines for the following events are as follows:

| | |
|---|---|
| Discovery cut-off | June 15, 2007 |
| Expert Disclosure | June 15, 2007 |
| Suppl. Expert Disclosure | June 29, 2007 |
| Expert discovery cut-off | July 13, 2007 |
| Non-Dispositive Motion | July 19, 2007 – Filing deadline |
| Dispositive Motion | July 19, 2007 – Filing deadline |
| Settlement Conference Date | _Sept. 11, 2007 at 1:30p.m., Dept. 7_ before Judge Snyder |
| Pre-Trial Conference Date | _Sept. 28, 2007 at 8:30a.m., Dept. 2 before Judge Ishii |
| Trial Date | November 6, 2007 at 9:00a.m., Dept. 2 before Judge Ishii |

DATED: 1/16/2007          /s/ Sandra M. Snyder
                          SANDRA M. SNYDER
                          United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com